ELLIOT ENOKI
United States Attorney
District of Hawaii

LAWRENCE L. TONG
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 1 3 2001

at ___ o'clock and __ min. ___ M
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. _____ CR01-00380 HG |
| | ) | |
| Plaintiff, | ) | |
| | ) | INDICTMENT |
| vs. | ) | |
| | ) | 18 U.S.C. § 2252 |
| JAY ABREGANA, | ) | [Sexual Exploitation |
| | ) | of Minors] |
| Defendant. | ) | |
| | ) | |

INDICTMENT

COUNT 1

The Grand Jury charges:

On or about February 27, 2001, in the District of
Hawaii and elsewhere, JAY ABREGANA did knowingly transport in
interstate commerce, by mail, visual depictions of minors engaged
in sexually explicit conduct, knowing that the production of such
visual depictions involved the use of minors engaged in sexually
explicit conduct.

In violation of Title 18, United States Code, Section
2252(a)(1).

<u>COUNT 2</u>

The Grand Jury further charges:

On or about August 28, 2001, at his residence in Hilo, Hawaii, within the District of Hawaii, JAY ABREGANA did knowingly possess matters, namely computer diskettes, which contained visual depictions of minors engaged in sexually explicit conduct, which depictions had been transported in interstate and foreign commerce, and had been produced using materials which had been shipped and transported in interstate and foreign commerce, with said JAY ABREGANA knowing that the production of such visual depictions involved the use of minors engaging in sexually explicit conduct and that such visual depictions were of such conduct.

In violation of Title 18, United States Code, section 2252(a)(4).

Dated:  Honolulu, Hawaii, September *13*, 2001.

A TRUE BILL

/s/

Foreperson, Grand Jury

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
LAWRENCE L. TONG
Assistant U.S. Attorney

<u>United States v. Jay Abregana</u>
"Indictment"
Cr. No. _____