# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

April 5, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 01-00380HG |
| CASE NAME: | UNITED STATES OF AMERICA v. JAY ABREGANA |
| ATTYS FOR PLA: | Lawrence L. Tong, AUSA |
| ATTYS FOR DEFT: | Pamela J. Byrne , AFPD |
| U.S.P.O.: | Robin DeMello |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Lisa Groulx |
| DATE: | April 5, 2007 | TIME: | 10:15 - 10:30 |

COURT ACTION:  ORDER TO SHOW CAUSE WHY SUPERVISED RELEASE SHOULD NOT BE REVOKED -

The defendant is present in custody.
The defendant admitted to Violation Nos. 1, 2, 3, and 4.
The Court finds that this is a Grade C Violation, Criminal History Category I.

Supervised release is revoked.

    ADJUDGED: Impr of 4 MONTHS.  No supervised release to follow.

Advised of rights to appeal the sentence, etc.


    Submitted by: Mary Rose Feria, Courtroom Manager