AO 245D    (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case for Revocation

ORIGINAL

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

APR 12 2007

at __1__ o'clock and __40__ min __P__ M
SUE BEITIA, CLERK

# United States District Court
## District of Hawaii

USM
CC: fin

UNITED STATES OF AMERICA
v.
**JAY ABREGANA**
(Defendant's Name)

**JUDGMENT IN A CRIMINAL CASE**
(For **Revocation** of Probation or Supervised Release)

Criminal Number:   **1:01CR00380HG**
USM Number:        88234-022
**Pamela J. Byrne, AFPD**
Defendant's Attorney

**THE DEFENDANT:**
[✔]   admitted guilt to violation of Special Condition Nos. 1, 3, 4, 7, and 8 of the term of supervision.
[ ]   was found in violation of condition(s) ____ after denial or guilt.

| Violation Number | Nature of Violation | Date Violation Occurred |
|---|---|---|
| See next page. | | |

    The defendant is sentenced as provided in pages 2 through _3_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ]   The defendant has not violated condition(s) _____ and is discharged as to such violation(s) condition.

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.  If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.:   **5902**

Defendant's Residence Address:
91-1801C Kekuilani Loop
Kapolei, Hawaii 96707

Defendant's Mailing Address:
91-1801C Kekuilani Loop
Kapolei, Hawaii 96707

April 5, 2007
Date of Imposition of Sentence

/s/ [signature]
Signature of Judicial Officer

**HELEN GILLMOR**, Chief United States District Judge
Name & Title of Judicial Officer

4·11·07
Date

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

CASE NUMBER:     1:01CR00380
DEFENDANT:       JAY ABREGANA

Judgment - Page 2 of 3

## ADDITIONAL VIOLATION

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| 1. | That the subject refused to comply with drug testing on 12/12/2006. | |
| 2. | That the subject possessed and accessed a laptop computer that has access to internet services and electronic mail. | |
| 3. | That the subject viewed pornography depicting sexually explicit conduct as defined in 18 U.S.C. § 2256(2). | |
| 4. | That the subject had contact with children under the age of 18 without the approval of the Probation Office. | |

AO 245 D (Rev. 3/95) Judgment in a Criminal Case for Revocation Sheet I

Judgment - Page 2 of 3

| | | |
|---|---|---|
| AO 245B | (Rev. 6/05) Judgment in a Criminal Case<br>Sheet 2 - Imprisonment | |
| CASE NUMBER: | 1:01CR00380 | Judgment - Page 3 of 3 |
| DEFENDANT: | JAY ABREGANA | |

# IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: 4 MONTHS.  No supervised release to follow.

[ ]   The court makes the following recommendations to the Bureau of Prisons:

[✔]   The defendant is remanded to the custody of the United States Marshal.

[ ]   The defendant shall surrender to the United States Marshal for this district.
      [ ] at ___ on ___.
      [ ] as notified by the United States Marshal.

[ ]   The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
      [ ] before _ on ___.
      [ ] as notified by the United States Marshal.
      [ ] as notified by the Probation or Pretrial Services Officer.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on _____ to _____

at _____, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
Deputy U.S. Marshal